**FOURTH DIVISION**
**BROWN and MARKLE, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**December 20, 2018**

# In the Court of Appeals of Georgia

A17A0391. LYNCHAR, INC. et al. v. COLONIAL OIL INDUSTRIES, INC.

BROWN, Judge.

In *Colonial Oil Indus. v. Lynchar, Inc.*, 303 Ga. 839 (815 SE2d 917) (2018), the Supreme Court of Georgia reversed this Court's decision in *Lynchar, Inc. v. Colonial Oil Indus.*, 341 Ga. App. 489 (801 SE2d 576) (2017). Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Dillard, C. J., and Markle, J., concur.*